**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GEORGY JETHO MARCELLUS,

      Plaintiff,         19 **CIVIL** 8414 (GWG)

  -v-             **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
      Defendant.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 21, 2020, that this action be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering the plaintiff the opportunity for a new hearing and decision in the case in accordance with the Commissioner's rules and regulations.

**Dated:** New York, New York
    September 21, 2020

                   **RUBY J. KRAJICK**
                   _____
                   **Clerk of Court**
            **BY:** K. Mango
                   _____
                   **Deputy Clerk**